469 F.2d 696
 11 UCC Rep.Serv. 936
 BACHE & CO., INCORPORATED, Appellee-Appellant,
v.
INTERNATIONAL CONTROLS CORPORATION, Appellant-Appellee.
 No. 202, Docket 72-1454.
United States Court of Appeals,
 Second Circuit.
Argued Dec. 11, 1972.
Decided Dec. 15, 1972.
 
 Howard T. Milman, Sullivan & Cromwell, Joel M. Miller, New York City, for appellee-appellant.
 James A. Hourihan, Washington, D. C. (Hogan & Hartson, David A. Ludtke, Washington, D. C., Cahill, Gordon, Sonnett, Reindel & Ohl, David R. Hyde, Allen S. Joslyn, New York City, on the brief), for appellant-appellee.
 Before KAUFMAN, ANDERSON and OAKES, Circuit Judges.
 PER CURIAM:
 
 
 1
 We affirm the judgment on Judge Levet's opinions below, 339 F.Supp. 341 (S.D.N.Y.1972); 324 F.Supp. 998 (S.D. N.Y.1971).